## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**MICHAEL ESTRADA,**

        **Plaintiff,**

**v.**

**KRISPY KREME DOUGHNUT**

**CORPORATION,**

        **Defendant.**

**CIVIL ACTION NO.**

**1:23-CV-05040- TWT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), Plaintiff Michael Estrada and Defendant Krispy Kreme Doughnut Corporation, stipulate that this action be dismissed with prejudice, with each party to bear his or its own costs and fees.

Respectfully submitted this 21st day of March, 2024.


/s/ Matthew N. Pope
Matthew N. Pope
Georgia Bar No. 584216
matt@mpopelaw.com

**MATTHEW N. POPE, P.C.**
900 2nd Avenue
Columbus, GA 31902

Attorney for Plaintiff

/s/ Andrew C. Salman
Andrew C. Salman
Georgia Bar No. 525006
andrew.salman@jacksonlewis.com

**JACKSON LEWIS, P.C.**
171 17th Street, N.W., Suite 1200
Atlanta, GA 30363

Attorney for Defendant